UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                   )
MELANIE FLETCHER,                  )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )   C.A. No. 16-027 S
                                   )
TRAC BUILDERS, INC., NELSON        )
FERREIRA, and WILLIAM E. TRACEY,   )
                                   )
        Defendants.                )
_____)

# ORDER

WILLIAM E. SMITH, Chief Judge.

Magistrate Judge Lincoln D. Almond filed a Report and Recommendation ("R&R") on June 28, 2017 (ECF No. 56) recommending that the Court grant Plaintiff's Motion to Dismiss Counts I and II against Defendants Ferreira and Tracey (ECF No. 51) because the claims alleged under these counts do not provide for individual liability. Neither party has filed an objection to the R&R. After carefully reviewing Plaintiff's Motion and the R&R, this Court ACCEPTS the R&R and adopts the reasoning set forth therein.

Plaintiff's Motion is GRANTED, Counts I and II of the Complaint are hereby DISMISSED WITH PREJUDICE as against Defendants Ferreira and Tracey.

IT IS SO ORDERED.

/s/ W E Smith
_____
William E. Smith
Chief Judge
Date: August 1, 2017